UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND VICKERS,<br><br>            Plaintiff,<br><br>     v.<br><br>VALLEJO FURNITURE GALERIES, INC. et al.,<br><br>            Defendants. | No.  2:20-cv-0068 JAM AC<br><br><br>ORDER |

Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On May 8, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 13.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2020, are adopted in full;

2. Plaintiff's March 31, 2020 motion for default judgment (ECF No. 11) is GRANTED;

3. The court enters judgment against the defendants on the complaint's claims in the amount of $7,526.59 (comprising $4,000 in statutory damages and $ 2,545.00 in attorney's fees and $981.59 in costs);

4. Defendants are to make changes and accommodations at the subject at the Property located at or about 700 Sereno Dr., Vallejo, California, 94589, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. This case is closed.

DATED:  June 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE